IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHELLEY MILLER                                                                      PLAINTIFF

v.                  CIVIL NO. 2:20-cv-02110-MEF

ANDREW M. SAUL, Commissioner,
Social Security Administration                                   DEFENDANT

## **FINAL JUDGMENT**

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding her application for Disability Insurance Benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Eighth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, the applicable law, and oral argument having been waived, finds as follows, to-wit:

For the reasons announced by the Court on the record on June 21, 2021, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby affirmed.

IT IS SO ORDERED this the 21st day of June 2021.

                                                         /s/ *Mark E. Ford*
                                                         HON. MARK E. FORD
                                                         UNITED STATES MAGISTRATE JUDGE